IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | 4:08CR3116 |
| vs. | ) | |
| | ) | |
| IGNACIO SANDOVAL-SIANUQUI, | ) | Order |
| | ) | |
| Defendants. | ) | |
| | ) | |

Before the Court is the Request for Transcript of Hearing Held on June 18, 2009, Filing No. 83 and the Transcript Filing No. 89.

IT IS ORDERED:

1.  Hilda Cervantes submitted a deposit with the Clerk of Court in the amount of $106.70.   The actual cost of the transcript is $98.55.

2.  The Clerk is ordered to pay Hilda Cervantes, 1532 Almanor Street, Oxnard, CA 93030,  $8.15.

Dated: March 23, 2012

BY THE COURT:


s/ *Richard G. Kopf*
United States Senior District Judge